IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The State of South Carolina,<br><br>    Plaintiff,<br><br>v.<br><br>Chi Mei Optoelectronics Corp., Chi Mei Innolux Corp., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., HannStar Display Corp., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc.,<br><br>    Defendants. | Case No. 3:12-cv-01776-JFA<br><br>ORDER REGARDING STAY OF CASE RELATING TO DEFENDANT CHUNGHWA PICTURE TUBES, LTD. |

This Court having considered Plaintiff and Defendant Chunghwa Picture Tubes, Ltd.'s ("Chunghwa") Stipulation Regarding Stay Of Case Relating To Defendant Chunghwa Picture Tubes, Ltd., and the Court's files and records in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

The case is stayed in its entirety with respect to Chunghwa pending the final ruling from the Fourth Circuit Court of Appeals on this Court's remand rulings in *South Carolina v. LG Display Co., Ltd.*, No. 3:11-cv-729-JFA and *South Carolina v. AU Optronics Corp.*, No. 3:11-cv-731-JFA.

This Order does not apply to Defendant HannStar Display Corp. No proceedings, including anything related to service of process, against that Defendant is stayed at this time.

IT IS SO ORDERED.

October 9, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge