IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| The State of South Carolina, | ) | C/A No.: 3:12-cv-1776-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER REGARDING MOTION |
| | ) | TO REMAND |
| Chi Mei Optoelectronics, Corp.; | ) | |
| Chi Mei Innolux Corp.; Chi Mei | ) | |
| Optoelectronics USA, Inc.; | ) | |
| Chunghwa Picture Tubes, Ltd.; | ) | |
| Hannstar Display Corp.; Samsung | ) | |
| Electronics Co. Ltd.; Samsung | ) | |
| Electronics America, Inc.; and | ) | |
| Samsung Semiconductor, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties to this case are hereby advised that the Fourth Circuit has issued an order affirming this court's rulings remanding *South Carolina v. LG Display Co., Ltd.*, No. 3:11-cv-729-JFA and *South Carolina v. AU Optronics Corp.*, No. 3:11-cv-731-JFA. Though the removing defendants (all Chi Mei and Samsung Defendants) have already indicated that they have no intention to re-litigate a motion to remand in this court, this court has not heard from all of the parties to this case on that issue. As such, the court directs Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") to file a letter with this court indicating whether it intends to oppose Plaintiff South Carolina's Motion to Remand (ECF No. 19). Chunghwa shall file such letter by November 5, 2012.

     IT IS SO ORDERED.

October 26, 2012                                     Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge