IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| The State of South Carolina,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Chi Mei Optoelectronics Corporation; Chi Mei Innolux Corporation; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; Hannstar Display Corporation; Samsung Electronics Company Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc.<br><br>　　　　Defendants. | C/A No. 3:12-cv-01776-JFA<br><br>**ORDER** |

　　This case is one of four complaints stayed by the court pending the outcome of a petition for a writ of certiorari. Today, the United States Supreme Court denied that petition. *AU Optronics Corp. v. South Carolina*, 12-911, 2014 WL 210665 (U.S. Jan. 21, 2014). Accordingly, this court hereby lifts the stay. In light of today's decision by the Supreme Court as well as its decision in a similar case, *Mississippi ex rel. Hood v. AU Optronics Corp.*, 12-1036, 2014 WL 113485 (U.S. Jan. 14, 2014), this court finds that it lacks subject-matter jurisdiction and remands the case to state court. The Clerk of Court shall send a certified copy of this order of remand to the Clerk of the Court of Common Pleas, Richland County, Fifth Judicial Circuit of South Carolina.

　　IT IS SO ORDERED.

January 21, 2014　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　United States District Judge